**Dismissed and Memorandum Opinion filed March 28, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-01080-CV

---

### ROBERT  BITTINGER, Appellant

### V.

### WELLS FARGO BANK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF SOUNDVIEW HOME LOAN TRUST 2007-OPT1, ASSET BACKED CERTIFICATES SERIES 2007-OPT1; AMERICAN HOME MORTGAGE SERVICING, INC., (ASHMI), SHAREHOLDERS JOHN DOES 1-499 OF SOUNDVIEW HOME LOAN TRUST, Appellees

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-16124**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed November 27, 2012.  No clerk's record has been filed.  The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On February 6, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.